IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SM. AFZALUR RAHMAN, | : | |
| | : | |
| Petitioner, | : | CIVIL NO. 4:CV-07-1593 |
| | : | |
| v. | : | (Judge Jones) |
| | : | |
| US ATTORNEY GENERAL, et al., | : | |
| | : | |
| Respondents. | : | |

## MEMORANDUM

### October  2  , 2007

## THE BACKGROUND OF THIS MEMORANDUM IS AS FOLLOWS:

On August 29, 2007, Petitioner Sm. Afzalur Rahman ("Petitioner" or "Rahman"), a detainee of the United States Immigration and Customs Enforcement ("ICE") Office, then detained at the Pike County Correctional Facility, in Lords Valley, Pennsylvania, filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241.  (Rec. Doc. 1).  In the Petition, Rahman challenged his continued detention by the ICE and sought to be released pending his removal to his home country, Bangladesh.

On September 17, 2007, the pro se letter (doc. 2) that was mailed to Petitioner on August 30, 2007 was returned from the Pike County Correctional Facility with a notation stating that Petitioner was released on parole on August 28, 2007 (doc. 3).

Inasmuch as Petitioner requested in his Petition that he be released from ICE custody under any conditions that the Court deemed appropriate pending his removal from the United States, and Petitioner has, in fact, been released on parole, his Petition is moot. An appropriate order shall issue.